UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMI KARIMI,<br><br>        Plaintiff,<br><br>    v.<br><br>GMAC MORTGAGE, et al.,<br><br>        Defendants. | Case No.: C 11-00926 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On March 21, 2011, Defendants filed a motion to dismiss this action, which has been assigned to a magistrate judge. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than March 28, 2011.[1] Defendants have consented to proceed before a magistrate judge. Plaintiff has neither consented nor requested reassignment. Therefore,

IT IS HEREBY ORDERED that no later than April 7, 2011, Plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at

---

[1] *See* Civ. L.R. 73-1(a)(2).

1  www.cand.uscourts.gov.

2  Dated: March 30, 2011

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge

ORDER, *page 2*