UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMI KARIMI, | Case No.: 11-CV-00926-LHK |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS |
| v. | |
| GMAC MORTGAGE, et al., | |
| Defendants. | |

Defendants' motion to dismiss is set for hearing on August 4, 2011. In order to facilitate expeditious resolution of the motion, the Court hereby sets the following briefing schedule:

(1) Plaintiff's opposition shall be due June 9, 2011;

(2) Defendant's reply shall be due June 23, 2011.

If the motion can be resolved without oral argument, the Court will notify the parties and vacate the motion hearing.

**IT IS SO ORDERED.**

Dated: May 5, 2011

_____
LUCY H. KOH
United States District Judge