1   MARY KATE SULLIVAN (State Bar No. 180203)
    mks@severson.com
2   M. ELIZABETH HOLT (State Bar No. 263206)
    meh@severson.com
3   IAN J. DA CUNHA (State Bar No. 264698)
    ijd@severson.com
4   SEVERSON & WERSON
    A Professional Corporation
5   One Embarcadero Center, Suite 2600
    San Francisco, CA  94111
6   Telephone:  (415) 398-3344
    Facsimile:  (415) 956-0439
7
    Attorneys for Defendants
8   GMAC MORTGAGE, LLC, and
    EXECUTIVE TRUSTEE SERVICES, LLC,
9   d/b/a ETS SERVICES, LLC

10

11                   **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13                         **SAN JOSE DIVISION**

14

15  RAMI KARIMI,                        | Case No. 5:11-CV-00926 LHK

16          Plaintiff,                  | **REQUEST TO APPEAR
                                        | TELEPHONICALLY AT HEARING ON
17      vs.                             | DEFENDANTS' MOTION TO DISMISS
                                        | COMPLAINT**
18  GMAC MORTGAGE; ETS SERVICES LLC.    |
    and DOES 1 to 100, inclusive,       |   Date:        August 4, 2011
19                                      |   Time:        1:30 p.m.
            Defendants.                 |   Courtroom:   5, 4th Floor
20                                      |   Judge:       The Hon. Lucy H. Koh
21                                      |   Complaint Filed:  January 13, 2011
                                        |   Removal Date:    February 28, 2011
22

23

24

25

26

27

28

19000/0768/932749.1                                  Request to Appear Telephonically
                                                     Case No. 5:11-CV-00926 LHK

GRANTED

*Lucy H. Koh*
Judge Lucy H. Koh

1   PLEASE TAKE NOTICE that defendants GMAC Mortgage, LLC and Executive Trustee

2   Services, LLC, d/b/a ETS Services, LLC ("Defendants") respectfully request to appear

3   telephonically at the hearing on its Motion to Dismiss set for August 4, 2011 at 1:30 p.m. in

4   Courtroom 5, 4th Floor of the San Jose Courthouse.

5   Good cause exists to grant these requests because counsel would be required to travel

6   from San Francisco to San Jose and defendants will incur significant travel costs and attorney's

7   fees.  Defendants believe the objectives of the motion to dismiss can be accomplished if

8   defendants appear by telephone.

9   The undersigned counsel's direct landline telephone number is 415-677-5500.

10  DATED:  July 28, 2011                         SEVERSON & WERSON

11                                                A Professional Corporation

12

13                                                By: _____/s/   Ian Da Cunha_____
                                                          Ian Da Cunha

14                                                Attorney for Defendants
                                                  GMAC MORTGAGE, LLC; EXECUTIVE
15                                                TRUSTEE SERVICES, LLC, d/b/a ETS
                                                  SERVICES, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28